IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KATHERINE TWEEDLE                                              PLAINTIFF

v.                                  NO. 4:04:CV608 RSW

STATE FARM FIRE AND CASUALTY COMPANY                DEFENDANT

AMENDED JUDGMENT

In accordance with the Court's Opinion and Order entered in this case on December 9,

2005, as document number 153, the Judgment entered in this case on November 7, 2005 as

document 130 is amended as follows:.

Plaintiff, Katherine Tweedle, shall recover from Defendant State Farm Fire and Casualty

Company, damages for the loss of insured property; recovery for the total loss of the dwelling

shall be in the amount of $109,700.00 and damages for personal property damaged or destroyed

in the fire shall be in the amount of $30,238.00. Plaintiff shall also recover prejudgment interest

on the sum of $139,938.88 at the rate of six percent (6%) per annum from December 15, 2003 to

November 7, 2005 together with postjudgment interest at 4.34 percent (4.34%) from November

8, 2005 until paid. Further, Plaintiff shall recover a twelve percent (12%) penalty upon the sum

of $139,938.88 and attorneys fees in the amount of $60,000.00. Said attorneys fees are taxed as

costs pursuant to section 23-79-208(b) of the Arkansas Code Annotated.

Date: December 9, 2005                        JAMES W. MCCORMACK, CLERK

                                              /s/ Mary Ann Rawls, Deputy Clerk