IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KATHERINE TWEEDLE                                    PLAINTIFF


V.                       CASE NO. 4:04-CV-608 (RSW)


STATE FARM FIRE AND CASUALTY
COMPANY                                              DEFENDANT


**O R D E R**

Following a week-long jury trial in this case, the jury
returned a verdict for the Plaintiff Katherine Tweedle in the
amount of $139,938.88, and the Court entered judgment accordingly
(doc. #130).  The Defendant State Farm Fire and Casualty Company
("State Farm") appealed to the Eighth Circuit Court of Appeals
(doc. #160).  Tweedle prevailed on appeal (doc. #191).

Tweedle has moved for attorney's fees of $13,208.10 (doc.
#187) and costs of 1,096.70 (doc. #188) associated with the
appeal.  This Court understands identical requests were made to
the Eighth Circuit.  The Eighth Circuit granted Tweedle's motion
for attorneys fees and partially granted its bill of costs in an
order entered November 28, 2006.  Regarding the bill of costs,
the Eighth Circuit granted $270.85, stating "$825.85 of this
amount is properly taxable in the District Court."  That amount
represents the cost of trial transcripts.

Section 1920, 28 U.S.C., defines what costs a prevailing
party may tax against the other party.  Section 1920 includes

"[f]ees of the court reporter for all or any part of the . . . transcript necessarily obtained for use in the case." Federal Rule of Appellate Procedure 39(e) lists transcripts needed on appeal as a cost taxable by the district court. After reviewing Tweedle's bill of costs, the Court finds the amount reasonable and awards $825.85 in costs.

Tweedle's Petition for Attorney's Fees (doc. #187) is **DENIED AS MOOT**. Tweedle's Bill of Costs (doc. #188) is **GRANTED IN PART**. The remaining $270.85 of bill of costs is **DENIED AS MOOT**. The Clerk of Court **IS HEREBY ORDERED** to amend the Amended Judgment filed in this case on December 12, 2005, (doc. #158) to reflect the additional taxation of costs in the amount of $825.85.

**IT IS SO ORDERED**.

Dated this 5th day of December, 2006.

RODNEY S. WEBB, District Judge
United States District Court