IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


KATHERINE TWEEDLE                                        PLAINTIFF

V.                        CASE NO. 4:04-CV-608 (RSW)

STATE FARM FIRE AND                                      DEFENDANT
CASUALTY COMPANY


<u>**O R D E R**</u>

Before the Court is a certain "Motion to Quash Subpoena in a Civil Case" filed in this case on June 17, 2008.  Attached to that motion is a subpoena issued at the request of Mr. Jim Tilley, attorney for the intervenor in this matter.  The subpoena is directed to one "Charla Bryant" who is apparently a bookkeeper employed by the attorney for the plaintiff.  This subpoena requests production of:

> "All cancelled checks, invoices, trust account disbursements, billing statements, billing documents to Ms. Tweedle and any service provider, attorney employment contract showing any fees or costs billed or paid by or on behalf of Plaintiff."

The subpoena has been issued for compliance on June 24, 2008, at 9:00 a.m. at the Richard Sheppard Arnold U.S. Courthouse in Little Rock.  Obviously the purpose of the subpoena is to secure the documents for the purpose of the scheduled bench trial in this matter.  Attorney Hodges, plaintiff's counsel, objects to the production of subpoenaed material based on attorney-client

-1-

privilege, and further suggests that the subpoena is overly broad.

This Court is imminently familiar with the emotional wrangling of the plaintiff, Ms. Tweedle, and the intervenor, Mr. Harvey, which has followed the obviously acrimonious divorce many years ago.  As is suggested by plaintiff's counsel, the Court is impressed with the fact that the subpoena does seem to be very broad and does seem to request evidence relating to issues to be developed during the bench trial.  Obviously the subpoena requests materials that exist only because of Ms. Tweedle's attorney-client relationship with Attorney Hodges.  The Court's assumption is that the materials would then be privileged.

Until such time as this Court's impression may be changed or modified by the intervenor or his counsel, this Court hereby **ORDERS** the subpoena quashed.

Dated this 18th day of June, 2008.


_____
RODNEY S. WEBB, District Judge
United States District Court